U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED | Oct 04 2022

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES RICHARD ELEY            CIVIL ACTION

VERSUS            NO. 20-2232

DARREL VANNOY, WARDEN            SECTION: "G" (5)

## NOTICE OF APPEAL

NOW INTO COURT comes pro se petitioner, James Richard Eley, respectfully submitting the following:

Eley hereby seeks an appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment pronounced in the "Judgment" of United States District Court Chief Judge Nannette Jolivette Brown. Chief Judge Brown adopted Magistrate Judge North's Recommendation to deny Eley's petition for a writ of habeas corpus. Judge Brown's Memorandum Order was entered on the 29th day of September, 2022.

Respectfully submitted this 3rd day of October, 2022.

/s/
James Richard Eley
501844, Spruce—2
Louisiana State Penitentiary
Angola Louisiana 70712

## AFFIDAVIT/CERTIFICATE OF SERVICE

I do hereby swear and affirm that the foregoing is true and correct to the best of my knowledge and belief.

I do hereby certify that a copy of the foregoing has been served upon:

Opposing Counsel:

> St. Tammany Parish District Attorney's Office
> **Attention:** ADA Matthew Caplan
> 701 N Columbia Street
> Covington Louisiana 70433

by placing a copy of same in a properly addressed envelope into the hands of the Classification Officer assigned to my unit along with a Withdrawal form made out to the General Fund, LSP, Angola, LA 70712 for the cost of postage and a properly filled out Inmate's Request for Indigent/Legal Mail form, receiving receipt for same in accordance with the institution's rules and procedures for the sending of legal mail.

Done this 3rd day of October, 2022.

_____
James Richard Eley, Pro Se

SCANNED at LSP and Emailed
10-4-22 by VB . 3 pages
date    initials   No.

RECEIVED
OCT 04 2022
Legal Programs Department

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES RICHARD ELEY                                          CIVIL ACTION

VERSUS                                                      NO. 20-2232

DARREL VANNOY, WARDEN                                       SECTION: "G" (5)

## DECLARATION OF INMATE FILING

I am an inmate confined in a state institution. Today, October 3, 2022, I am depositing a Notice of Appeal in this case in the institution's internal mail system to be scanned by the Legal Programs Department and electronically filed into the United States Eastern District Court.

I also declare that I have placed a properly addressed copy of the Notice of Appeal, made out to the St. Tammany Parish District Attorney's Office, into the hands of the Classification Officer assigned to my unit. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty that the foregoing is true and correct (see: 28 U.S.C. § 1746; 18 U.S.C. § 1621).

James Richard Eley
501844, Spruce—2
Louisiana State Penitentiary
Angola Louisiana 70712

# eFile-ProSe

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Tuesday, October 4, 2022 1:45 PM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #501844134447.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.