Certified as a true copy and issued
as the mandate on Jan 10, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 19, 2022
Lyle W. Cayce
Clerk

No. 22-30627

JAMES RICHARD ELEY,

*Petitioner—Appellant,*

versus

TIM HOOPER, *Warden, Louisiana State Penitentiary,*

*Respondent—Appellee.*

---

Application for Certificate of Appealability
the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-2232

---

ORDER:

  James Richard Eley, Louisiana prisoner # 501844, moves this court for a certificate of appealability (COA) to appeal the denial and dismissal of his 28 U.S.C. § 2254 application. Eley's § 2254 application challenged his conviction for aggravated rape. He contends that (i) there was insufficient evidence to sustain his conviction; (ii) his rights under the Sixth Amendment's Confrontation Clause were violated by admission of a video statement from the victim when he was unable to effectively cross-examine the victim because the victim did not remember the incident underpinning the charged offense; and (iii) the State's failure to disclose the fact that the

victim did not remember the incident violated *Brady v. Maryland*, 373 U.S. 83, 86-87 (1963).

Eley fails to brief, and therefore abandons, the following claims: (1) he was denied due process because the trial court did not include several responsive verdicts for the jury to consider and (2) he was unconstitutionally denied his right to a unanimous jury verdict. *See Hughes v. Johnson*, 191 F.3d 607, 613 (5th Cir. 1999). Because Eley otherwise fails to "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," a COA is DENIED. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see* 28 U.S.C. § 2253(c)(2).

STUART KYLE DUNCAN
*United States Circuit Judge*